IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **DETRIA C. REED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **JESSE SANDLIN, individually and as an officer** ) | |
| **of the Memphis Police Department; JAMES** ) | |
| **KIRKWOOD, individually and as a Colonel** ) | |
| **of the Memphis Police Department; ANTHONY** ) | |
| **MULLINS, individually and as a Lieutenant of** ) | Civil Action Number |
| **the Memphis Police Department; PRESTON** ) | 2:15-cv-02448-STA-tmp |
| **MORTON, individually and as a Lieutenant** ) | |
| **of the Memphis Police Department; CURTIS** ) | |
| **PRICE, individually and as a Sargent of the** ) | |
| **Memphis Police Department; GREGORY** ) | |
| **SANDERS, individually and as a Lieutenant** ) | |
| **Colonel of the Memphis Police Department;** ) | **JURY TRIAL DEMANDED** |
| **FRANK. HANNAH, individually and as a** ) | |
| **Sargent of the Memphis Police Department;** ) | |
| **and CITY OF MEMPHIS, TENNESSEE,** ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Report and Recommendation (ECF No. 116) that Sam P. Zerilla, counsel for Defendants James Kirkwood and Preston Morton, be ordered to pay Plaintiff attorney's fees and costs incurred with the filing of a motion to compel. (ECF No. 111.) The Magistrate Judge submitted his Report and Recommendation on June 21, 2016. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report. To date no objections have been filed. Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the

proceedings, the Court hereby **ADOPTS** the Report, and orders Zerilla to pay Plaintiff $1,330 in fees and costs.

    **IT IS SO ORDERED.**

                              **s/ S. Thomas Anderson**
                              S. THOMAS ANDERSON
                              United States District Judge

                              Date: July 11, 2016