IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **DETRIA C. REED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **JESSE SANDLIN,** individually and as an officer ) | |
| of the Memphis Police Department; **JAMES** ) | |
| **KIRKWOOD,** individually and as a Colonel ) | |
| of the Memphis Police Department; **ANTHONY** ) | |
| **MULLINS,** individually and as a Lieutenant of ) | Civil Action Number |
| the Memphis Police Department; **PRESTON** ) | 2:15-cv-02448-STA-tmp |
| **MORTON,** individually and as a Lieutenant ) | |
| of the Memphis Police Department; **CURTIS** ) | |
| **PRICE,** individually and as a Sargent of the ) | |
| Memphis Police Department; **GREGORY** ) | |
| **SANDERS,** individually and as a Lieutenant ) | |
| Colonel of the Memphis Police Department; ) | **JURY TRIAL DEMANDED** |
| **FRANK. HANNAH,** individually and as a ) | |
| Sargent of the Memphis Police Department; ) | |
| and **CITY OF MEMPHIS, TENNESSEE,** ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
REGARDING PAYMENT OF ATTORNEY'S FEES**

On August 29, 2016, the Court considered the purported appeal of Sam Zerilla, attorney for Defendants James Kirkwood and Preston Morton, of the Magistrate Judge's decision on August 24, 2016, denying, *inter alia*, Plaintiff's motion for further sanctions. (ECF No. 175.) The Court noted that, although the appeal was linked to the August 24 decision (ECF No. 173), it referenced the Magistrate Judge's report and recommendation (ECF No. 147) for sanctions against Zerilla in the amount of $1,295 payable to Plaintiff for his attorney's fees in connection

with Plaintiff's motion for an order to show cause, to preclude evidence, and to reduce time to respond to the motion. (ECF No. 135.) The Magistrate Judge partially granted Plaintiff's motion on August 9, 2016, and awarded attorney's fees as a sanction. (ECF No. 143.) The subsequent report and recommendation (ECF No. 147) recommended the amount of the attorney's fees that should be paid to Plaintiff.

Because no appeal was taken from the order of August 9, the Court determined that the only issue that Zerilla could appeal was the amount of the attorney's fees awarded by Magistrate Judge Pham. Because of the confusion as to what exactly Zerilla was appealing, the Court denied Zerilla's appeal and request for a hearing without prejudice and allowed Zerilla to re-file his appeal no later than the close of business Friday, September 2, 2016. The Court noted that the failure to do so would result in the adoption of the report and recommendation without further notice.

Zerilla has not re-filed his appeal within the requisite time. Accordingly, the report and recommendation of Magistrate Judge Tu M. Pham (ECF No. 147) is hereby **ADOPTED** in its entirely. Zerilla is **ORDERED** to pay to Plaintiff a total of $1,295 in fees and costs.[1]

**IT IS SO ORDERED.**

s/ S. Thomas Anderson<br>
S. THOMAS ANDERSON<br>
United States District Judge<br>
<br>
Date: September 6, 2016

---

[1] This amount is in addition to the $1,330 that the Court previously ordered Zerilla to pay Plaintiff. (ECF No. 129.) A hearing is set for September 8, 2016, on Zerilla's motion to withdraw as counsel. (ECF No. 160.)